

# IN THE
# TENTH COURT OF APPEALS

## No. 10-09-00025-CR

**CHAD MARTIN MAPLES,**

**Appellant**

 **v.**

**THE STATE OF TEXAS,**

**Appellee**

**From the 18th District Court**
**Johnson County, Texas**
**Trial Court No. F38885**

## MEMORANDUM  OPINION

Chad Martin Maples appeals from a plea-bargained judgment of conviction.  The Clerk of this Court warned Maples that because the trial court noted on the certification of defendant's right of appeal that he had no right of appeal and he had signed a waiver of his right to appeal, the Court might dismiss the appeal unless, within 21 days, we received a certification stating that Maples has a right to appeal or a response was filed showing grounds for continuing the appeal.  *See* TEX. R. APP. P. 25.2(d); *Chavez v. State*, 183 S.W.3d 675, 680 (Tex. Crim. App. 2006).

Maples has not responded to the Clerk's warning, and we have not received a certification stating that he has a right to appeal. This appeal is dismissed. *See Chavez*, 183 S.W.3d at 680; *Davis v. State,* 205 S.W.3d 606, 607 (Tex. App.—Waco 2006, no pet.).


REX D. DAVIS
Justice

Before Chief Justice Gray,
　　　Justice Reyna, and
　　　Justice Davis
Dismissed
Opinion delivered and filed March 4, 2009
Do not publish
[CR25]